IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DANNY CALLOWAY, Individually and on**      **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.      No. 1:21-cv-521-JMB-SJB

**BOYNE USA, INC.**      **DEFENDANT**

### JOINT MOTION FOR CONDITIONAL CERTIFICATION, APPROVAL OF COLLECTIVE ACTION SETTLEMENT, AND DISTRIBUTION OF NOTICE

COME NOW Plaintiff Danny Calloway, and Defendant Boyne USA, Inc., by and through their undersigned counsel, and for their Joint Motion for Conditional Certification, Approval of Collective Action Settlement, and Distribution of Notice, they do hereby state and allege as follows:

1. Plaintiff filed suit against Defendant asserting individual and putative collective action claims for violation of the overtime provisions of the Fair Labor Standards Act ("FLSA"). Plaintiff alleged in his Complaint that Defendants failed to calculate commissions into the regular rate of Plaintiff and others similarly situated, leading to a miscalculation of overtime compensation. Defendants deny these allegations.

2. The Parties propose a Settlement Agreement that resolves Plaintiff's claims based upon the facts alleged in the Complaint, as well as similar claims of those similarly situated to Plaintiff.

3. To this end, the Parties seek distribution of Notice and Consent forms,

Page 1 of 4
Danny Calloway, et al. v. Boyne USA, Inc.
U.S.D.C. (W.D. Mi.) Case No. 1:21-cv-521-JMB-SJB
Joint Motion for Conditional Certification, Approval
of Collective Action Settlement, and Distribution of Notice

attached as Exhibits 2 through 6, appointment of Josh Sanford and the Sanford Law Firm as Collective Counsel, and certification of the following collective class:

**All hourly-paid sales agents of Boyne USA, Inc., who earned a commission in connection with work performed in any week in which they worked over forty hours between June 21, 2018 and June 21, 2021.**

4. In addition, the Parties seek this Court's approval of their agreement as memorialized in the Settlement Agreement attached hereto as Exhibit 1.

5. The Parties believe the Agreement is fair, reasonable, and adequate.

6. This Joint Motion is supported by a contemporaneously filed brief.

WHEREFORE, premises considered, the Parties respectfully request that the Court conditionally certify the proposed collective, approve their Agreement and proposed Notice and Consent forms and the method of distribution, appoint Josh Sanford as Collective Counsel, and for all other necessary and proper relief. Finally, the Parties jointly request that this action be dismissed with prejudice upon the Court's entry of an order approving the settlement.

Page 2 of 4
Danny Calloway, et al. v. Boyne USA, Inc.
U.S.D.C. (W.D. Mi.) Case No. 1:21-cv-521-JMB-SJB
Joint Motion for Conditional Certification, Approval
of Collective Action Settlement, and Distribution of Notice

Respectfully submitted,

**DANNY CALLOWAY, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **BOYNE USA, INC., DEFENDANT**

PLUNKETT COONEY
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Telephone: (248) 901-4027

*/s/ Patrick C. Lannen*
Patrick C. Lannen (P73031)
plannen@plunkettcooney.com

Page 3 of 4
Danny Calloway, et al. v. Boyne USA, Inc.
U.S.D.C. (W.D. Mi.) Case No. 1:21-cv-521-JMB-SJB
Joint Motion for Conditional Certification, Approval
of Collective Action Settlement, and Distribution of Notice

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of July, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

                                              */s/ Josh Sanford*
                                              Counsel for Plaintiff

**Page 4 of 4**
**Danny Calloway, et al. v. Boyne USA, Inc.**
**U.S.D.C. (W.D. Mi.) Case No. 1:21-cv-521-JMB-SJB**
**Joint Motion for Conditional Certification, Approval**
**of Collective Action Settlement, and Distribution of Notice**