IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DANNY CALLOWAY, Individually and on Behalf of All Others Similarly Situated**                                **PLAINTIFF**

vs.                            No. 1:21-cv-521-JMB-SJB

**BOYNE USA, INC.**                                **DEFENDANT**

### ORDER GRANTING JOINT MOTION FOR CONDITIONAL CERTIFICATION, APPROVAL OF COLLECTIVE ACTION CERTIFICATION, AND DISTRIBUTION OF NOTICE

Now before the Court is the parties' Motion for Conditional Certification, Approval of Collective Action Settlement, and Distribution of Notice. The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED. It is, therefore,

**ORDERED** that the following collective is hereby certified:

**All hourly-paid sales agents of Boyne USA, Inc., who earned a commission in connection with work performed in any week in which they worked over forty hours between June 21, 2018 and June 21, 2021.**

It is further ORDERED that:

• Josh Sanford of Sanford Law Firm, PLLC, is appointed as Collective Counsel;

• The Notice of Settlement and Consent to Join Form are approved as to form and substance; and

• The proposed method of distributing notice is approved.

Counsel for the parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not

materially inconsistent with this Order or the Settlement Agreement. Plaintiffs' claims are conditionally dismissed with prejudice, pending the parties' implementation of the settlement.

**SIGNED** this __22nd__ day of _____July_____, 2022.

                                            ___/s/ Jane M. Beckering_____
                                            HONORABLE JANE M. BECKERING
                                            UNITED STATES DISTRICT JUDGE